# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JASON BRADLEY THOMAS,** <br> BOP Prisoner No. 14285-003, <br>     Movant, <br><br> v. <br><br> **UNITED STATES OF AMERICA** <br>     Respondent. | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 1:22-00027-JB-N** <br> ) <br> ) <br> ) **CRIMINAL NO. 1:15-00082-JB-N-1** <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed the Report and Recommendation of the Magistrate Judge (Doc. 132) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated March 7, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Jason Thomas's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. 106), dated January 7, 2022, be **DISMISSED as moot** for the reasons stated therein.

Additionally, Thomas is not entitled to a Certificate of Appealability in relation to this final adverse order, and the Court **CERTIFIES** any appeal of this order and accompanying judgment would be without merit and therefore not taken in good faith. Thus, Thomas is not entitled proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 2nd day of April, 2024.

                                              /s/ JEFFREY U. BEAVERSTOCK <br>
                                              CHIEF UNITED STATES DISTRICT JUDGE